IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUL -5  AM 11:49

JEFFREY P. COLWELL
CLERK

BY:_____ DEP. CLK

Civil Action No. _____
(To be supplied by the court)

Nickolas Ray Eklund
_____, Plaintiff

v.

Denver Police Department
_____,

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

# COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Nickolas Ray Eklund.  2323 Curtis St. Denver, C.O. 80205
(Name and complete mailing address)

3078879090 CELL.  Email; nickeklund0@gmail.com
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Denver Police Department 1331 Cherokee Dr, Denver 80204
(Name and complete mailing address)
IN-CARE OF; City Attorney Office  (720) 913-3100
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)
_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)
_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)
_____
(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[✓] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Unlawful search and seizure, Detainment without cause, Gross negligence to bodily harm, &Failure to provide.statute numbers 18-241, 18-242, 13-80

[ ] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Unlawful search and seizure, & detainment without cause

Supporting facts:

```
    I had just walked passed three police cruisers opposite
side of road as i exited city bus; decided not to go to gas
 station, continue to laundromat, took break at Walgreen
; all of a sudden surrounded by same three cruisers guns drawn
asking about I.D. informed P.D. it was in back pocket, and asked
 why, i was being stopped at gun point, no anwser forced to
submit to search, all the while telling them exactly who iam.
searched found nothing; grabbed wallet, didnt check my
credentials, cuffed me tossed in car, tore apart all my
```

4

CLAIM TWO: Gross negligence leading to bodily injury

Supporting facts:

while detained,cuffed, i continued to ask same question of why I've
been detained only anwser was because of methamphetamine
found in my wallet; still neglecting to give any form of probable
cause for unwarrantedly accosting me in the first place..
i hear one ask am i allergic to any meds?? "what? why? uh no". There are
protocols that must be met before administration of medicine. they failed to
ask the most important of them.
then a sharp stab in upper right thigh, as my face seems to be falling to smash into
dividing glass i stop face in time, as blood starts to flow heavily from face, i
feel another sharp stabb as they reinject me blood explodes from face like a heavy
waterfall.
i wake up roughly five hours later, realizing something bad happened, and woke
up again about a year later, to the truth of the reality that it caused brain damage
to multiple areas associated with emotional control and conversion from short to
long-term memory. and motor control.then the P.T.S.D. that I've had to learn is a
factor in why i act out seemingly psychotic to even me. and learn all that on my own

**E. REQUEST FOR RELIEF**

State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."

I'm requesting 140 million cause it sounds like the perfect number.

In Three installments, Three Years, Three Equal payments
and the Halfway point between first issuance of check and three calendar years, apon the signing of all official documents, and issuance of first check

**F. PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

6/28/22
_____
(Date)

(Revised December 2017)